IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WATSON QUALITY FORD                                                      PLAINTIFF

VS.                                                          CIVIL ACTION NO.  3:04cv384BN

KEVIN SPARKS, *et al.*                                                  DEFENDANTS

### ORDER GRANTING MOTION TO WITHDRAW

This cause came on to be heard on Motion to Withdraw of Michael D. Simmons as attorney of record for Kevin Sparks and S and S Truck & Bus, Inc.  The Court has considered said motion and finds said motion to be well taken.

IT IS THEREFORE ORDERED:

1.     That the Motion to Withdraw be and the same is hereby **granted**.

2.     That Michael D. Simmons shall serve a copy of this Order upon Kevin Sparks and S and S Truck & Bus, Inc. by delivery to addressees only, certified mail, return receipt requested, and shall thereafter file a certificate of such service in this cause.  Michael D. Simmons shall only be considered withdrawn and relieved of responsibility in this cause to the Court and Kevin Sparks and S and S Truck & Bus, Inc. when the certificate is filed with the Court.

3.     That Kevin Sparks and S and S Truck & Bus, Inc.are granted thirty (30) days within which to employ private counsel or to notify the clerk in writing that they will proceed to represent themselves.  Should Kevin Sparks and S and S Truck & Bus, Inc. fail to retain counsel or notify the clerk that they will represent themselves, then this case will be subject to a default judgment or such other action as the court deems appropriate.

SO ORDERED, this the 11th day of January, 2005.

                                                   _____S/Alfred G. Nicols, Jr._____
                                                   UNITED STATES MAGISTRATE JUDGE